

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00312-CV

**IN THE INTEREST OF K.S.G.H. AND K.R.H.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02157
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating Appellant B.H.'s parental rights. The Order of Termination was signed by the trial court on June 12, 2021. Because this is an accelerated appeal, the notice of appeal was due on July 2, 2021. *See* TEX. R. APP. P. 26.1(b); TEX. FAM. CODE § 263.405. A motion for extension of time to file the notice of appeal was due on July 19, 2021. *See* TEX. R. APP. P. 26.3. Appellant B.H. did not file a notice of appeal until July 28, 2021. Appellant B.H. did not file a motion for extension of time to file his notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

Because it appears Appellant B.H.'s notice of appeal was not filed timely, we ORDER appellant to show cause in writing by **September 3, 2021** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.



Michael A. Cruz,
Clerk of Court